*E-FILED 11-07-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION NO. 105,<br><br>          Plaintiff,<br>   v.<br><br>TEHACHAPI HEATING & AIR CONDITIONING COMPANY, INC.,<br><br>          Defendant. | No. C11-02412 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiff moves for entry of default judgment confirming the arbitration award between the parties and for an award of attorney's fees and costs. Because not all parties have consented to proceed before a magistrate judge, the undersigned lacks jurisdiction to hear that motion. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a district judge. See 28 U.S.C. § 636. The noticed January 3, 2012 motion hearing is vacated.

SO ORDERED.

Dated: November 7, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1. 5:11-cv-02412-HRL Notice has been electronically mailed to:
2. Mark Stephen Renner     mrenner@wmprlaw.com, jchargin@wmprlaw.com
3. Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 
21. 
22. 
23. 
24. 
25. 
26. 
27. 
28.